**Opinion issued May 2, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-00982-CV

———————————

## IN RE MICHAEL GRABOWSKI II, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Michael Grabowski II, has filed a petition for writ of mandamus, challenging the trial court's order disqualifying Lorri Meraz Grabowski from representing relator in the trial court proceeding.[1]

---

[1]  The underlying case is *In the Interest of V.A.G., a Child*, Cause No. 16-FD-2689, in the County Court at Law No. 1 of Galveston County, Texas, the Honorable John Grady presiding.

On March 5, 2019, the Clerk of this Court notified relator that because it appeared that the trial court had signed a final order in the underlying proceeding, rendering this original proceeding moot, the Court may dismiss the petition unless relator filed a response demonstrating that the proceeding was not moot and the Court has jurisdiction over the proceeding. *Cf.* TEX. R. APP. P. 42.3. Relator has not responded.

Accordingly, we dismiss the petition for writ of mandamus as moot. *See In re Best Transp. Serv., Inc.*, No. 01-13-00959-CV, 2014 WL 689661, at *1 (Tex. App.—Houston [1st Dist.] Feb. 20, 2014, orig. proceeding) (mem. op.) (dismissing mandamus petition as moot when trial court had signed final judgment); *see also In re Kellogg Brown & Root*, *Inc.*, 166 S.W.3d 732, 737 (Tex. 2005) ("A case becomes moot if a controversy ceases to exist between the parties at any stage of the legal proceedings, including the appeal.").

**PER CURIAM**

Panel consists of Justices Lloyd, Kelly, and Hightower.